United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A&C CATALYSTS, INC., <br>     Plaintiff, <br>     v. <br> RAYMAT MATERIALS, INC., <br>     Defendant. | Case No. 14-cv-04122-WHO <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** <br><br> Re: Dkt. No. 10 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William Alsup for consideration of whether the case is related to *Raymat Materials Inc. v. A&C Catalysts, Inc*., Case No. 13-cv-0567 WHA.

**IT IS SO ORDERED.**

Dated: October 20, 2014



WILLIAM H. ORRICK
United States District Judge