IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A&C CATALYSTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAYMAT MATERIALS, INC., <br><br> Defendant. <br> ──────────────────── / <br><br> RAYMAT MATERIALS, INC., <br><br> Counter-Plaintiff, <br><br> v. <br><br> A&C CATALYSTS, INC., <br><br> Counter-Defendant. <br> ──────────────────── / | No. C 14-04122 WHA <br><br> **ORDER OF REFERRAL TO MAGISTRATE JUDGE DONNA RYU** |

This case is hereby **REFERRED** to **MAGISTRATE JUDGE DONNA RYU** for **MEDIATION/ SETTLEMENT**.

**IT IS SO ORDERED.**

Dated: October 27, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE