IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A&C CATALYSTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAYMAT MATERIALS, INC., <br><br> Defendant. <br> ———————————————/ <br><br> RAYMAT MATERIALS, INC., <br><br> Counter-Plaintiff, <br><br> v. <br><br> A&C CATALYSTS, INC., <br><br> Counter-Defendant. <br> ———————————————/ | No. C 14-04122 WHA <br><br> **ORDER SETTING DISCOVERY HEARING AND RE DISCOVERY CONFERENCES** |

      Counsel for plaintiff A&C Catalysts, Inc. are located in San Francisco. A&C Catalysts' principal place of business is in New Jersey. Counsel for defendant Raymat Materials, Inc. are located in Los Altos. Raymat's principal place of business is in California (Compl. ¶¶ 1–2).

      On November 7, Raymat filed a discovery letter seeking to compel A&C Catalysts and "its employees" to attend depositions in the "San Francisco Bay Area." Counsel failed to forthrightly state whether counsel met and conferred in person or via telephone before filing the discovery letter. Please remember that sending emails does not suffice.

Accordingly, the following rule shall apply to all discovery disputes in this action. Lead counsel shall have met and conferred *in person* in a good faith effort to resolve the discovery dispute before filing a discovery letter. Appended to all discovery letters must be a sworn declaration stating where, when, and for how long counsel met in person.

As to this discovery letter, before the initial case management conference on November 12, counsel shall have met and conferred in person in a good faith effort to resolve all issues raised in the letter. This meeting shall take place at counsel for A&C Catalysts' office, unless another location is specified in a signed stipulation. A&C Catalysts may file a response by **NOVEMBER 12 AT 6:30 A.M.** A hearing will be held on **NOVEMBER 12 AT 8:00 A.M.** to resolve any remaining issues.

**IT IS SO ORDERED.**

Dated: November 7, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE