1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

A&C CATALYSTS, INC.,

10

              Plaintiff,                              No. C 14-04122 WHA

11

      v.

12

RAYMAT MATERIALS, INC.,                              **CASE MANAGEMENT ORDER**

13                                                   **AND DENYING SEALING**
                                                     **MOTION**
              Defendant.

14      _____/

15

RAYMAT MATERIALS, INC.,

16

17              Counter-Plaintiff,

18      v.

19  A&C CATALYSTS, INC.,

20              Counter-Defendant.

21      _____/

22          *Raymat Materials, Inc. v. A&C Catalysts, Inc.*, No. 3:13-cv-00567-WHA, was filed in

23  February 2013.  Trial was set for June 30, 2014.  On June 11, the parties filed a stipulation of

24  dismissal.  The file was closed.

25          On September 11, A&C Catalysts, Inc. commenced this action to enforce the settlement

26  agreement.  Raymat Materials, Inc. filed an answer and counterclaim.

27          After a case management conference, the Court enters the following order pursuant to

28  Rule 16 of the Federal Rules of Civil Procedure ("FRCP") and Civil Local Rule 16-10:

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1. All initial disclosures under FRCP 26 must be completed by **NOVEMBER 13, 2014, AT NOON**, on pain of preclusion under FRCP 37(c), including full and faithful compliance with FRCP 26(a)(1)(A)(iii).

2. Each side will be limited to only **THREE DEPOSITIONS**. Each deposition shall begin at 9:00 a.m. and continue (with the minimum number of reasonable breaks) until 5:00 p.m.

3. The deposition of James Turner shall occur on **NOVEMBER 19**. The deposition of Abraham Goldstein shall occur on **NOVEMBER 20**. The deposition of Jibing Lin shall occur on **NOVEMBER 21**. The deposition of John Wolfe shall occur on **NOVEMBER 24, 2014**. The depositions of Mr. Goldstein and Mr. Wolfe shall take place at counsel for A&C Catalysts' office. The depositions of Mr. Turner and Mr. Lin shall take place at counsel for Raymat's office. These deposition dates and locations may only be changed by a written stipulation signed by counsel for both sides.

4. The non-expert discovery cut-off date shall be **NOVEMBER 24, 2014**.

5. The last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof ("opening reports") shall be **NOVEMBER 24, 2014**. Opposition reports are due by **DECEMBER 1, 2014**. No reply reports. Expert discovery closes **DECEMBER 5, 2014**.

6. Pre-trial motions *in limine* (not to exceed five pages) must be filed by **DECEMBER 1, 2014**. Oppositions must be filed by **DECEMBER 4, 2014**. Each side is limited to three pre-trial motions *in limine*. *Daubert* motions (not to exceed fifteen pages) must be filed by **DECEMBER 8 AT NOON**. Oppositions must be filed by **DECEMBER 10 AT NOON**.

7. The parties shall file a joint statement regarding whether a jury trial is demanded by **DECEMBER 1, 2014, AT NOON**.

8. All pre-trial materials (except as to the oppositions to the motions *in limine*, *Daubert* motions, and *Daubert* oppositions referred to above) must be filed by **DECEMBER 1, 2014**. Please see the Guidelines For Trial and Final Pretrial Conference in Civil Jury Cases Before The Honorable William Alsup on the district court website. Chamber's copies (with three-hole punches) are due by **DECEMBER 2 AT NOON**.

2

United States District Court
For the Northern District of California

9.      The **FINAL PRETRIAL CONFERENCE** shall be at **2:00 P.M.** on **DECEMBER 11, 2014**.

10.     A **TRIAL** shall begin on **DECEMBER 15, 2014**, at **7:30 A.M.**, in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102.  The trial schedule and time limits shall be set at the final pretrial conference.

11.     Counsel may not stipulate around the foregoing dates without Court approval.

12.     All filings and appearances must be made — on pain of dismissal, default or other sanction — unless and until a dismissal fully resolving the case is received.  It will not be enough to inform the clerk that a settlement in principle has been reached or to lodge a partially executed settlement agreement or to lodge a fully executed agreement (or dismissal) that resolves less than the entire case.

13.     If you have not already done so, please read and follow the "Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup" and other orders issued by the Clerk's office when this action was commenced. With respect to the final pretrial conference and trial, please read and follow the "Guidelines For Trial and Final Pretrial Conference in Civil Jury Cases Before The Honorable William Alsup."  All orders and guidelines referenced in the paragraph are available on the district court's website at http://www.cand.uscourts.gov.  The website also includes other guidelines for attorney's fees motions and the necessary form of attorney time records for cases before Judge Alsup.

14.     The request to seal the settlement transcript in Case No. 3:13-cv-00567 is hereby **DENIED**.


        **IT IS SO ORDERED.**


Dated:   November 12, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE