IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A&C CATALYSTS, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RAYMAT MATERIALS, INC.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　／<br><br>RAYMAT MATERIALS, INC.,<br><br>　　　　Counter-Plaintiff,<br><br>　v.<br><br>A&C CATALYSTS, INC.,<br><br>　　　　Counter-Defendant.<br>　　　　　　　　　　　　　　　　／ | No. C 14-04122 WHA<br><br>**ORDER SETTING<br>DISCOVERY HEARING** |

　　　On November 24, defendant Raymat Materials, Inc. filed a discovery letter. Plaintiff's response is due **NOVEMBER 25 AT 6:30 A.M.** The Court sets a **TWO-HOUR MEET-AND-CONFER** in the Court's jury room from **11:30 A.M. TO 1:30 P.M. ON TUESDAY, NOVEMBER 25, 2014**. At **1:30 P.M.**, the Court shall hold a hearing to resolve any remaining issues. Please buzz chambers at 11:30 a.m. on November 25 to be let into the jury room. Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

　　**IT IS SO ORDERED.**

Dated: November 24, 2014.



　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE