IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

A&C CATALYSTS, INC.,

    Plaintiff and Counter-Defendant,     No. C 14-04122 WHA

v.

RAYMAT MATERIALS, INC.,     **REQUEST FOR JOINT STATEMENT**

    Defendant and Counter-Plaintiff.
                                         /

        The Court anticipates that one side or the other (maybe both sides) will attempt to admit into evidence statements made in connection with the settlement conference.  Unless both sides stipulate that such statements may be admitted, then we may have a problem under ADR Local Rule 7-5 which imposes a cloak of confidentiality over such statements.  Counsel shall promptly meet-and-confer and file by **MONDAY, DECEMBER 8 AT NOON**, a joint statement stating fully their intentions on this subject and providing any stipulation.  If the parties cannot agree, briefing on this problem is due by **DECEMBER 8 AT 5 P.M.**

        A further complication will arise if either side attempts to admit into evidence statements made in connection with the settlement conference between Protameen Chemicals, Inc. (a non-party herein) and A&C Catalysts, Inc.  Counsel shall also advise the Court as to their intentions on this subject and any stipulation in this regard, keeping in mind that any stipulation as to these communications must be agreed to by Protameen as well.  Today, counsel shall promptly advise Protameen by email of this order so that its views may be taken into account.  All briefing on this subject is due by **DECEMBER 8 AT 5 P.M.**

        **IT IS SO ORDERED.**

Dated: December 5, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE