IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

A&C CATALYSTS, INC.,

    Plaintiff and Counter-Defendant,

v.

RAYMAT MATERIALS, INC.,

    Defendant and Counter-Plaintiff.

No. C 14-04122 WHA

**NOTICE RE BENCH TRIAL**

    The bench trial in this action is currently scheduled to begin at 7:30 a.m. on **DECEMBER 15**. The 7:30 a.m. time is hereby **CONTINUED UNTIL 12:00 P.M.** Please be prepared to begin trial promptly at noon. The first day will likely go until 4:00 p.m. Witnesses should be notified as appropriate. The second trial day (December 16) will begin at **7:30 A.M.**

    **IT IS SO ORDERED.**

Dated: December 5, 2014.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE