**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

A&C CATALYSTS, INC.,

    Plaintiff and Counter-Defendant,    No. C 14-04122 WHA

v.

RAYMAT MATERIALS, INC.,    **REQUEST FOR INFORMATION**

    Defendant and Counter-Plaintiff.

/

At the final pretrial conference, counsel shall please be prepared to address whether the settlement agreement constitutes a violation of Section 1 of the Sherman Act in view of the ten-year prohibition of competition in the lauroyl lysine business. Should this agreement be vetted by the Antitrust Division of the Department of Justice before it is enforced?

**IT IS SO ORDERED.**

Dated: December 8, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE