IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

A&C CATALYSTS, INC.,

    Plaintiff and Counter-Defendant,

v.

RAYMAT MATERIALS, INC.,

    Defendant and Counter-Plaintiff.

No. C 14-04122 WHA

**ORDER RE DEPOSITION DESIGNATIONS**

On December 9 at 11:39 p.m., counsel for Raymat Materials, Inc. sent an email to the Courtroom Deputy, copying counsel for A&C Catalysts, Inc., with a "joint request" regarding the schedule for deposition designations. The schedule shall be as follows:

1. The parties shall exchange deposition designations by **DECEMBER 11 AT 7:30 P.M.**

2. The parties shall exchange deposition counter-designations by **DECEMBER 12 AT 7:30 P.M.**

3. Copies of the designations shall be lodged with chambers by **8:00 A.M. ON DECEMBER 15**. Please tag all passages that require a ruling and put the designations in a three-ring binder with tabs. The bench trial shall begin promptly at noon on December 15.

**IT IS SO ORDERED.**

Dated: December 10, 2014.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE