IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

A&C CATALYSTS, INC.,

    Plaintiff and Counter-Defendant,

  v.

RAYMAT MATERIALS, INC.,

    Defendant and Counter-Plaintiff.

No. C 14-04122 WHA

**ORDER ADVANCING FINAL PRETRIAL CONFERENCE TO 1 P.M.**

The final pretrial conference is advanced to **1:00 P.M.** today.  Please be on time.

**IT IS SO ORDERED.**

Dated: December 11, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE