**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

A&C CATALYSTS, INC.,

    Plaintiff and Counter-Defendant,

v.

RAYMAT MATERIALS, INC.,

    Defendant and Counter-Plaintiff.

/

No. C 14-04122 WHA

**ORDER CONTINUING FINAL PRETRIAL CONFERENCE**

    Due to the power outage, as stated to counsel via telephone, the final pretrial conference is continued to tomorrow, **DECEMBER 12 AT NOON**. Please be on time.

    **IT IS SO ORDERED.**

Dated: December 11, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE