IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

A&C CATALYSTS, INC.,

    Plaintiff and Counter-Defendant,

No. C 14-04122 WHA

v.

RAYMAT MATERIALS, INC.,

**ORDER RE TRIAL TIME**

    Defendant and Counter-Plaintiff.

/

    The bench trial beginning today at noon is hereby continued to **1:00 P.M.** Please notify witnesses as appropriate.

    **IT IS SO ORDERED.**

Dated: December 15, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE