IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

A&C CATALYSTS, INC.,

    Plaintiff and Counter-Defendant,

v.

RAYMAT MATERIALS, INC.,

    Defendant and Counter-Plaintiff.

No. C 14-04122 WHA

**ORDER RE SETTLEMENT**

    Findings of fact, conclusions of law, an order for relief, and judgment were entered in December 2014 (Dkt. Nos. 111, 112). On March 9, 2015, the parties settled their dispute. The parties have until **MARCH 17 AT NOON**, to file a stipulation of dismissal.

**IT IS SO ORDERED.**

Dated: March 12, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE