IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A&C CATALYSTS, INC., | |
| Plaintiff and Counter-Defendant, | No. C 14-04122 WHA |
| v. | |
| RAYMAT MATERIALS, INC., | **REQUEST FOR RESPONSE** |
| Defendant and Counter-Plaintiff. | |

Today, plaintiff filed a "motion for dismissal; motion for an order removing pending injunctions; and administrative motion to seal certain documents" (four-page motion). Defendant has until **MARCH 20 AT NOON**, to file a response (not to exceed seven pages total). No reply brief, please.

Dated: March 17, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE